CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

December 1, 2015

Honorable Ernest White
Presiding Judge
194th Judicial District Court
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB26
Dallas, TX 75207

RE:     05-15-00709-CR
        Michael Thompson v. The State of Texas

Dear Judge White:

After reviewing the record, the Court notes that it does not contain the trial court's certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Therefore, please file, within **TEN DAYS** of the date of the letter, a completed certification that accurately reflects the trial court proceedings. We appreciate your attention to this matter.

                                Sincerely,

                        /s/     Lisa Matz, Clerk of the Court


cc:     Valencia Bush
        Lori Ordiway

ltr:mrh